*SELL v. UNITED STATES*, AND THIS COURT'S OPINION IN *UNITED STATES v. FOSLER*, 70 M.J. 225 (C.A.A.F. 2011).

No briefs will be filed under Rule 25.

No. 11–6008/AF. U.S. v. James M. Boore. CCA 2011–01. Notice is hereby given that a petition for grant of review of the decision of the United States Air Force Court of Criminal Appeals on appeal by the United States under Article 62, Uniform Code of Military Justice, 10 U.S.C. § 862, was filed by counsel under Rule 20. A motion to file the supplement separately under Rules 19(a)(5)(A) and 30 was filed on the 19th day of August, 2011. On consideration thereof, it is ordered that motion to file the supplement separately is hereby granted up to and including August 26, 2011.

Tuesday, August 23, 2011

No. 11–5005/MC. U.S. v. Jeremy J. Nash. CCA 201000220. Notice is hereby given that a motion for enlargement of time to file a certificate for review of the decision of the Navy–Marine Corps Court of Criminal Appeals was filed by Appellant under Rule 30 on August 18, 2011 and placed on the docket on this date.

No. 11–5006/MC. U.S. v. Jonathan E. Lee. CCA 200600543. Notice is hereby given that a motion for enlargement of time to file a certificate for review of the decision of the Navy–Marine Corps Court of Criminal Appeals was filed by Appellant under Rule 30 on August 18, 2011 and placed on the docket on this date.